UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12508-GAO

SHANE BESTER,
Petitioner,

v.

KELLY RYAN,
Respondent.

ORDER
July 25, 2014

O'TOOLE, D.J.

Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, brought by the petitioner, Shane Bester, based on two grounds for relief. The respondent moves to dismiss Mr. Bester's petition on the basis that the second ground "fails to satisfy the statutory requirement that he first exhaust state remedies." (Mot. to Dismiss at 1 (dkt. no. 12).)

In his memorandum of law in support of his habeas petition, the petitioner clarifies that he seeks relief based on one ground only: "That the judge violated the defendant's rights to confrontation by admitting into evidence a murder victim's hearsay out-of-court statement under the state of mind exception to the hearsay rule." (Pet'r's Mem. of Law in Supp. of Pet. at 1 (dkt. no. 20).) The Court treats this as a withdrawal of the second ground, rendering the respondent's motion to dismiss moot.

For these reasons, the respondent's Motion to Dismiss (dkt. no. 12) is MOOT. The respondent shall file a response to the petition within 35 days of the entry of this Order.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge