UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Shane Bester | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*  Civil Action No. 1:13-CV-12508-GAO |
| | \* |
| Kelly Ryan, | \* |
| | \* |
| Defendant. | \* |

ORDER OF DISMISSAL

October 19, 2016

O'Toole, D.J.

Pursuant to the Court's Order Adopting Report and Recommendation [32] filed on 10/19/2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge